OPINION — AG — WE FIND NO PROVISION IN EITHER THE CONSTITUTION OF THE UNITED STATES NOR THE OKLAHOMA CONSTITUTION THAT WOULD CAUSE THIS REQUIREMENT TO BE DEEMED UNCONSTITUTIONAL. IT IS THEREFORE THE OPINION OF THE ATTORNEY GENERAL THAT THE ANSWER TO YOUR QUESTION IS THAT THE REQUIREMENT OF THE DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE DOES NOT VIOLATE THE CONSTITUTION OF THE UNITED STATES NOR THE OKLAHOMA CONSTITUTION. (DALE CROWDER)